**Order entered February 14. 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00761-CR**

**DONALD JAMAIN HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76114-T**

**ORDER**

Before the Court is appellant's February 10, 2022 second motion for additional time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by March 14, 2022.

/s/ ERIN A. NOWELL
JUSTICE